IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEREMIAH KESHUN ROBERSON, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-CV-397 (MTT) |
| | * |
| MANCHESTER AT WESLEYAN, et. al, | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated February 5, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 5th day of February, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk